**Jordan K. Cameron (12051)**
  jcameron@djplaw.com
**DURHAM JONES & PINEGAR, P.C.**
3301 N Thanksgiving Way, Suite 400
Lehi, Utah 84043
Telephone: (801) 375-6600
Fax: (801) 375-3865

**Attorneys for Plaintiff XMission, L.C.**

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| XMISSION, L.C., a Utah company,<br><br>Plaintiff,<br><br>vs.<br><br>CONSUMERTRACK, INC., a California company, and DOES 1-5,<br><br>Defendants. | **NOTICE OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**<br><br><br>Case No.: 2:17cv00057 TS<br><br>Judge Ted Stewart |

COMES NOW Plaintiff XMission, L.C. ("XMission"), and submits this Notice of Dismissal of its Complaint [ECF 2] Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff filed its Complaint on January 20, 2017. The Defendant has not yet been served with the Complaint and has not served any answer or motion for summary judgment. The parties have elected to pursue alternative dispute resolution and this lawsuit is no longer necessary at this time.

/

/

/

SLC_3101277

2

DATED this 24th day of January, 2017.

                                   DURHAM JONES & PINEGAR, P.C.

                                   /s/ Jordan K. Cameron
                                   Jordan K. Cameron
                                   *Attorneys for Plaintiff*

SLC_3101277